**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT K. COMAS, | NO. CV 08-06339 JVS (SS) |
|         Petitioner, | |
|         v. | **JUDGMENT** |
| DEBRA DEXTER, Warden, | |
|         Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:

                                        JAMES V. SELNA
                                      UNITED STATES DISTRICT JUDGE